UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 11-71731

TANZIL S. MABONE,  Chapter 13

           Debtor.  Judge Thomas J. Tucker
_____/

**ORDER DENYING SANCTION MOTIONS**

      This case is before the Court on (1) United Car Company, Inc.'s motion entitled "Motion for Sanctions Against Frego & Associates" (Docket # 21), and (2) the sanctions part of United Car Company, Inc.'s motion entitled "Motion of United Car Company, Inc. For Relief From the Automatic Stay, for Waiver of Provisions of Fed. R. Bankr. P. 4001(a)(3), and for Contempt Sanctions Against the Debtor and her Counsel" (Docket # 37)(collectively the "Two Sanction Motions").  The Court held a hearing on March 1, 2012, and then held an evidentiary hearing on the Two Sanction Motions, on April 16, 2012 and May 15, 2012.  The Court then took the motions under advisement.

      Today the Court has filed a written opinion regarding the Two Sanction Motions.  For the reasons stated in that written opinion,

      IT IS ORDERED that each of the Two Sanction Motions (Docket ## 21, 37) is denied.

**Signed on May 25, 2012**          /s/ Thomas J. Tucker
        **Thomas J. Tucker**
        **United States Bankruptcy Judge**